IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
SEP 1 9 2014
TIMOTHY M. O'BRIEN, Clerk
By_____ Deputy

__Horg Marquan Rochelle__ )
(Enter above the full name of Plaintiff(s))

vs.

__CVS__ )
Name

__800 un Chipman Rd ste 5830__ )
Street and number

__Lee's Summit   MO   64063__ )
City         State         Zip Code

Case Number: __14-CV-2473 JWL/TJJ__
(To be assigned by Clerk)

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.  This employment discrimination lawsuit is based on (check only those that apply):

    **✓** Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
    **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

    ___ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
    **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

    **✓** American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*,

1

        for employment discrimination on the basis of disability.
        **NOTE**: *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

    \_\_\_\_ Other (Describe)

    _____
    _____
    _____

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

    _____
    (Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:

    _____

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?
    ✓ Yes   Date filed:   6-16-14
    \_\_\_\_ No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?
    ✓ Yes   Date filed:   6-16-14
    \_\_\_\_ No

6. Have you received a Notice of Right-to-Sue Letter?
    ✓ Yes   \_\_\_\_ No
    If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:
    \_\_\_\_ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
    \_\_\_\_ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   \_\_\_\_ failure to hire me
   _✓_ termination of my employment
   \_\_\_\_ failure to promote me
   _✓_ failure to accommodate my disability
   \_\_\_\_ terms and conditions of my employment differ from those of similar employees
   _✓_ retaliation
   _✓_ harassment
   _✓_ reduction in wages / Refuse to pay
   \_\_\_\_ other conduct (specify):

   Did you complain about this same conduct in your charge of discrimination?
   _✓_ Yes   \_\_\_\_ No

9. I believe that I was discriminated against because of (check all that apply):
   _✓_ my race or color, which is ~~Black~~ African American
   \_\_\_\_ my religion, which is _____
   \_\_\_\_ my national origin, which is _____
   _✓_ my gender, which is _✓_ male;  \_\_\_\_ female
   _✓_ my disability or perceived disability, which is _____
   \_\_\_\_ my age (my birth date is: _____ )
   \_\_\_\_ other: _____

   Did you state the same reason(s) in your charge of discrimination?
   _✓_ Yes   \_\_\_\_ No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.
    The Captain Complain about discrimination to employer, Refuse to file Complaint, terminated employment.

3

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
    ✓ are still being committed by Defendant.
    ___ are no longer being committed by Defendant.
    ___ may still be being committed by Defendant.

12. Plaintiff:
    ___ still works for Defendant
    ✓ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
    ✓ Yes ___ No
    Explain: Employer did not provide accommodation for my disability.

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
  ___ Defendant be directed to employ Plaintiff
  ✗ Defendant be directed to re-employ Plaintiff
  ___ Defendant be directed to promote Plaintiff
  ___ Defendant be directed to _____
  ✓ Injunctive relief (please explain): Suffering discrimination
  ✓ Monetary damages (please explain): Suffering discrimination
  ✓ Costs and fees involved in litigating this case
  ✓ As additional relief to make Plaintiff whole, Plaintiff seeks: Emotional Distress, Punitive damages

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this _____ day of 12 , 20 14 .
9

Signature of Plaintiff

Name (Print or Type)

Address

City State Zip Code

Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita ☐, Kansas City ☑ or Topeka ☐ ), Kansas as the location for the trial in this matter.          (check one location)

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury  ☑ yes  ☐ no .
(check one)

_____
Signature of Plaintiff

Dated: 9/12/14
(Rev. 8/07)

5

## Additional Information

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>563-2014-01111 |
|---|---|---|
| Missouri Commission On Human Rights | | and EEOC |
| State or local Agency, if any | | |

| Name (Indicate Mr., Ms., Mrs.) Ms. Rochelle A. Marquan | Home Phone (Incl. Area Code) (816) 694-3666 | Date of Birth 1983 |
|---|---|---|

Street Address: 9809 Wornall Road, Apartment J, Kansas City, MO 64145

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name: CVS CAREMARK | No. Employees, Members: 500 or More | Phone No.: (816) 347-3300 |
|---|---|---|

Street Address: 800 N.W. Chipman Road, Suite 5830s, Lee'S Summit, MO 64063

DISCRIMINATION BASED ON (Check appropriate box(es).)
☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-08-2013    Latest: 11-04-2013
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired on September 30, 2013, as a Customer Service Representative. On October 8, 2013, I was written up. On October 9, 2013, I was disciplined for harassing a female co-worker. On October 18, 2013, I complained about my wages. On October 24, I complained to management and human resources that my supervisor made disparaging comments about my disability. On the same day, I was made to work alone while everyone else worked in a group. On October 25, 2013, I was accused of harassing a female co-worker. On November 4, 2013, I was discharged.

Management indicated that I was discharged because a female accused me of harassment.

I believe that I was disciplined, harassed and falsely accused of harassing a female co-worker because of my race, black, and sex, male, in violation of Title VII of the Civil Rights Act of 1964, as amended; I also believe that I was harassed and discharged because of my disability and in retaliation for complaining, I was discharged.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

X 6-11-2014
Date

Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 161 (11/09)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Rochelle A. Marquan<br>9809 Wornall Road<br>Apartment J<br>Kansas City, MO 64145 | From: | Kansas City Area Office<br>Gateway Tower II<br>400 State Avenue<br>Kansas City, KS 66101 |
|---|---|---|---|

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 563-2014-01111 | Faye Watts, Investigator | (913) 551-5841 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]    The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]    Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)      *for* Faye Watts      06-16-14
             Natascha Deguire,      *(Date Mailed)*
             Area Office Director

cc:    **CVS CAREMARK**
      **Attention: Jackie Wilkinson**
      **Human Resource Director**
      **800 N.W. Chipman Road, Suite 5830s**
      **Lee's Summit, MO 64063**