AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | | |
|---|---|---|
| Marquan Rochelle | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 14-2473-DDC-TJJ |
| | ) | |
| CVS Caremark | ) | |
| *Defendant(s)* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ %, per annum, along with costs.

☑ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* CVS Caremark recover costs from the plaintiff *(name)* Marquan Rochelle .

☐ **other:** _____ .

This action was *(check one)*:

☐ **tried by a jury with** _____ presiding, and the jury has rendered a verdict.

☐ **tried by** _____ without a jury and the above decision was reached.

☑ **decided by** U.S. District Judge Daniel D. Crabtree on a motion to dismiss (Doc. 9).

Date: 6/9/2015

*TIMOTHY M. O'BRIEN*
*CLERK OF COURT*

s/ M. Stamper, Deputy Clerk
*Signature of Clerk or Deputy Clerk*