IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**MARQUAN ROCHELLE,**

       **Plaintiff,**

**v.**

**CVS CAREMARK,**

       **Defendant.**

**Case No. 14-cv-2473-DDC-TJJ**

## MEMORANDUM AND ORDER

On June 8, 2015, the Court issued a Memorandum and Order dismissing plaintiff Marquan Rochelle's claims in this lawsuit (Doc. 28). The next day, June 9, the Court entered a judgment in favor of defendant CVS Caremark (Doc. 29), thereby readying this case for a possible appeal.

On July 10, 2015, Mr. Rochelle sent an e-mail to the Clerk of the Court's e-mail account with two documents attached: (1) a motion for leave to file an appeal *in forma pauperis* and (2) an affidavit in support of the motion. The Clerk's office was able to open the affidavit, a .pdf file, without issue. The motion, however, was a Microsoft Word file that the Clerk's office could not open. The Clerk's office sent an e-mail to Mr. Rochelle asking him to re-send his motion. Mr. Rochelle did so on July 14, 2015, but again the Clerk's office could not open the file. The Clerk's office then sent an e-mail asking Mr. Rochelle to fax the motion and provided a fax number. As of July 16, 2015, Mr. Rochelle has not faxed his motion or otherwise responded to the Clerk's office's latest e-mail.

The Court has filed the affidavit in support of Mr. Rochelle's motion as Doc. 30. But it cannot permit Mr. Rochelle to file an appeal *in forma pauperis* without reviewing the motion

1

itself.  As a result, the Court orders Mr. Rochelle to submit his motion in a form the Court can access no later than Wednesday, August 5, 2015.  If Mr. Rochelle fails to do so, the Court will deny it summarily.

**IT IS SO ORDERED.**

**Dated this 16th day of July, 2015, at Topeka, Kansas.**

<u>**s/ Daniel D. Crabtree**</u>
**Daniel D. Crabtree**
**United States District Judge**